

August 27, 2021

<u>VIA EMAIL ONLY TO: tjb_orders@njd.uscourts.gov</u>
Honorable Tonianne J. Bongiovanni
United States District Court of N.J.
402 E. State Street, Room 6052
Trenton, NJ 08608

      RE:    <u>Elvira Moyer v. Mercer Group International, of NJ & Richard Lodgek</u>
             *Civil Action No. 3:19-cv-17922*

Dear Judge Bongiovanni:

    This letter serves as a status update as required by the Court's August 2, 2021 Order. The parties have met and conferred. The following dates were agreed to by both parties:

- Fact discovery and expert report deadline <u>Monday, December 13, 2021</u>.

- Rebuttal Expert Reports by <u>Friday, January 14, 2022</u>.

- Dispositive Motions by <u>Monday, January 31, 2022.</u>

- Further pre-trial dates to be provided.

                                          Respectfully submitted,

                                          CHRISTOPHER J. DELGAIZO

cc:    Larry Hardcastle, Esquire *(Via Email Only)*

                                          SO ORDERED:
                                          <u>s/ Tonianne J. Bongiovanni</u>
                                          Hon. Tonianne J. Bongiovanni, U.S.M.J.
                                          Dated: August 27, 2021