IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ELVIRA MOYER | : | |
| Plaintiff, | : | CIVIL ACTION NO. 19-cv-17922 |
| v. | : | |
| | : | |
| MERCER GROUP INTERNATIONAL OF NJ, INC. and RICHARD LODGEK | : | **STIPULATED NOTICE OF** |
| Defendants. | : | <u>**DISMISSAL**</u> |
| | : | |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, Elvira Moyer, and Defendants, Mercer Group International of NJ, Inc. and Richard Lodgek, hereby agree to the dismissal with prejudice of their individual claims in the above referenced matter, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.


DEREK SMITH LAW GROUP, PLLC

By: *Christopher J. DelGaizo, Esquire*
    Christopher J. DelGaizo, Esquire
    1835 Market Street, Suite 2950
    Philadelphia, PA 19103
    215-391-4790

LANCIANO & ASSOCIATES, L.L.C.

By: *Larry E. Hardcastle, Esquire*
    Larry E. Hardcastle, Esquire
    2 Route 31 North
    Pennington, NJ 08534
    609-452-7100

So Ordered this 18th day of April, 2022.
The Clerk of the Court shall close this case.

_____
**Honorable Michael A. Shipp, U.S.D.J.**